# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No.**

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

     v.

**1.   PAULA ADAIR-BUTTS,**
     **Defendant.**

---

## INDICTMENT

---

The Grand Jury charges that:

### Count 1 - Embezzlement from a Labor Union

On about October 24, 2002, in the District of Colorado, PAULA ADAIR-BUTTS knowingly embezzled, stole, and unlawfully and willfully converted to her own use the moneys, funds, and property of the Plasterers and Cement Masons Local 577, a labor organization by which she was employed, in violation of 29 United States Code, Section 501(c).

### Count 2 - Embezzlement from a Labor Union

On about July 30, 2003, in the District of Colorado, PAULA ADAIR-BUTTS knowingly embezzled, stole, and unlawfully and willfully converted to her own use the moneys, funds, and property of the Plasterers and Cement Masons Local 577, a labor organization by which she was employed, in violation of 29 United States Code, Section 501(c).

### Count 3 - Embezzlement from a Labor Union

On about May 15, 2004, in the District of Colorado, PAULA ADAIR-BUTTS knowingly embezzled, stole, and unlawfully and willfully converted to her own use the moneys, funds, and property of the Plasterers and Cement Masons Local 577, a labor organization by which she was employed, in violation of 29 United States Code, Section 501(c).

### Count 4 - Embezzlement from a Labor Union

On about March 27, 2005, in the District of Colorado, PAULA ADAIR-BUTTS knowingly embezzled, stole, and unlawfully and willfully converted to her own use the moneys, funds, and property of the Plasterers and Cement Masons Local 577, a labor organization by which she was employed, in violation of 29 United States Code, Section 501(c).

A TRUE BILL.

s/Foreperson
Foreperson

TROY EID
United States Attorney


s/John Haried
JOHN HARIED
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

E-mail: John.Haried@usdoj.gov
Attorney for the United States